# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Caddell Construction Co., Inc. ) | ASBCA No. 57831 |
| ) | |
| Under Contract No. FA3002-07-D-0006 ) | |

APPEARANCE FOR THE APPELLANT:     Timothy W. Burrow, Esq.
                                                                   Burrow & Cravens, P.C.
                                                                   Nashville, TN

APPEARANCES FOR THE GOVERNMENT:     Ralph J. Tremaglio, Esq.
                                                                          Deputy General Counsel
                                                                   James F. Hayes, Esq.
                                                                          Assistant General Counsel
                                                                          Defense Commissary Agency
                                                                          Fort Lee, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 5 May 2015

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57831, Appeal of Caddell Construction Co., Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals